**Tabetha A. Martinez, Esq. (NV 14237)**
**Susan E. Gillespie, Esq. (NV 15527)**
**BURGER | MEYER LLP**
400 South 4th St., Suite 500
Las Vegas, NV 89101
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: tmartinez@burgermeyer.com
         sgillespie@burgermeyer.com

Attorneys for Defendant
WALMART INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA CAUGHRON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC., a foreign corporation, d/b/a WALMART SUPERCENTER #5864; DOES I-X; BLACK AND WHITE COMPANIES I-X; and ABC CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.:<br>Hon.<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTIONS 1332 AND 1441(a) AND (b)**<br><br>Action Filed: February 21, 2023<br>Trial Date:     None. |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT, TO THE PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant WALMART INC. ("Walmart"), by and through its counsel, hereby removes the above-entitled action filed by Plaintiff PAMELA CAUGHRON ("Plaintiff") in the Douglas County Ninth Judicial District Court, Case No. 2023-CV-00033 to the United States District Court, District of Nevada pursuant to 28 U.S.C. §1441, and respectfully alleges as follows:

///

///

**NOTICE OF REMOVAL**

1. On February 21, 2023, an action was commenced in Douglas County Ninth Judicial District Court, State of Nevada, Case No. 2023-CV-00033 entitled *Pamela Caughron v. Walmart Inc.* ("the State Action"). A copy of the complaint filed in the State Action is attached hereto as **Exhibit 1.**

2. Walmart was served with a copy of the Complaint filed in the State Action and a Summons from the State Court on February 27, 2023. A copy of the Summons is attached hereto as **Exhibit 2.**

3. Based on a review of the State Court file as of the date of this Notice, no other Defendant has been served with any Summons or Complaint in the State Action.

4. Plaintiff's Complaint purports to assert causes of action based in premises liability and negligence. Plaintiff's Complaint seeks to recover damages in excess of $15,000 and all other measure of relief allowed under the law.

## DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332 (A)

6. This Court has jurisdiction over this matter under 28 U.S.C. section 1332(a)(1), because there is complete diversity as the parties are citizens of different states, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Removal is therefore proper pursuant to 28 U.S.C. sections 1441 (a) and (b).

    **a.**     **Plaintiff is a Citizen of Nevada.**

7. Plaintiff is domiciled in and is presently a citizen of the State of Nevada. Pursuant to the Complaint, Plaintiff contends that she is domiciled in the State of Nevada, and a present citizen of Nevada. *See* **Exhibit 1** at ¶1.

    **b.**     **Plaintiff Claims Damages in Excess of $75,000.**

8. Plaintiff claims exceed $450,000.00 in damages. Attached hereto as **Exhibit 3** is a copy of Plaintiff's Demand Letter to Walmart dated December 6, 2022, wherein Plaintiff lists her past medical specials as $56,704.31 and demands a total of $450,000 to resolve her claims.

Accordingly, the amount in controversy, exclusive of costs and interests, exceeds the minimum requirement required for diversity jurisdiction under 28 U.S.C. section 1332(a).

**c. Walmart is a Citizen of Delaware and Arkansas.**

9. Walmart is a citizen of Delaware where it is incorporated, and of Arkansas, where it holds its principal place of business (in Bentonville, Arkansas). Copies of Walmart's corporate information from the Nevada Secretary of State Business Search and the Arkansas Secretary of Business/Commercial Services are attached hereto as **Exhibits 4 and 5** respectively.

10. Because the State Action is pending in the Ninth Judicial District Court, State of Nevada, removal of this action to this District Court is proper under 28 U.S.C. section 1441(a).

11. Removal is timely under 28 U.S.C. section 1446(b) because this Notice of Removal is filed within 30 days of Walmart being served with the complaint that indicated Plaintiff is a citizen of the State of Nevada and that the total amount in controversy exceeds the jurisdictional requirements of $75,000, exclusive of costs and interests.

12. Written notice of the filing of this Notice of Removal will be promptly served on Plaintiff. A true and correct copy of this Notice of Removal and the concurrently filed Notice of Interested Parties and Civil Cover Sheet will be filed with the Clerk of the Ninth Judicial District Court in and for the County of Douglas, State of Nevada, as soon as practicable.

**WHEREFORE**, Walmart requests that the above-entitled action be removed from the Ninth Judicial District Court, Douglas County, State of Nevada to the United States District Court.

Dated: March 16, 2023

**BURGER | MEYER LLP**

_____
Tabetha A. Martinez, Esq.
Susan E. Gillespie, Esq.
Attorneys for Defendant
WALMART INC.