# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA CAUGHRON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WALMART INC.,<br><br>　　　　Defendant. | Case No. 2:23-cv-00411-JCM-NJK<br><br>**Order** |

This case has been removed on diversity grounds. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Plaintiff's certificate of interested parties fails to identify her citizenship. *See* Docket No. 10.

Accordingly, Plaintiff must file an amended certificate of interested parties by April 14, 2023, fully identifying her citizenship.

IT IS SO ORDERED.

Dated: April 7, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.