# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA CAUGHRON,<br><br>    Plaintiff,<br><br>v.<br><br>WALMART INC.,<br><br>    Defendant. | Case No. 2:23-cv-00411-JCM-NJK<br><br>**ORDER** |

This case involves allegations that Plaintiff was injured by falling kayaks at a Walmart located in Douglas County. Docket No. 1-1 at 4. As such, this matter is properly transferred to the unofficial Northern Division. *See* Local Rule IA 1-8(a). Accordingly, it is hereby **ORDERED** that **this action is transferred to the unofficial Northern Division of this District for all further proceedings**. The Clerk of Court is instructed **to transfer** and reopen this matter as a new action under a new docket number in the Northern Division and to **close this case** without prejudice.

IT IS SO ORDERED.

Dated: April 11, 2023

                                                                                                    _____
                                                                                                    Nancy J. Koppe
                                                                                                    United States Magistrate Judge

1